UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY ZAYAS, | 1:13-cv-01863 JLT (HC) |
| Petitioner, | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS (Doc. 8) |
| v. | |
| KAMALA D. HARRIS, | ORDER GRANTING PETITIONER'S MOTION TO AMEND PETITION TO NAME PROPER RESPONDENT (Doc. 7) |
| Respondent. | |
| | ORDER DIRECTING CLERK OF COURT TO SUBSTITUTE RON E. BARNES AS RESPONDENT IN PLACE OF KAMALA D. HARRIS |
| | 30-DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 21, 2014, Respondent filed a motion to extend time to file response to petition for writ of habeas corpus, citing the press of business in other cases as grounds therefore. On December 6, 2013, Petitioner, in response to the Court's instructions, filed a motion to name Ron E. Barnes as Respondent in lieu of Kamala D. Harris. (Doc. 7).

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Respondent's motion for extension of time (Doc. 8), is GRANTED. Respondent is

granted 30 days from the date of service of this order in which to file a response.

    2. Petitioner's motion to amend the petition to name the proper respondent (Doc. 7), is GRANTED.

    3. The Clerk of the Court is DIRECTED to substitute Ron E. Barnes as Respondent in place of Kamala D. Harris.

IT IS SO ORDERED.

Dated: **January 23, 2014**      **/s/ Jennifer L. Thurston**
                                           UNITED STATES MAGISTRATE JUDGE